# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

KOMAAL ANDREA RAMDATH,

Plaintiff,

v. Case No.: 6:26-cv-00954-PGB-LHP

WALGREEN CO., OPTUMRX, INC.,

Defendants,

---

## ORDER

Before the Court are Plaintiff's Motion for Clerk's Default Against Defendant Walgreen Co. (Doc. No. 47) and Plaintiff's Motion for Default Judgment Against Defendant Walgreen Co. (Doc. No. 48).

On review, as an initial matter, Defendant Walgreen Co. has appeared in this action, but neither motion (Doc. Nos. 47, 48) includes a certificate of conferral as required by Local Rule 3.01(g). With respect to Plaintiff's motion for clerk's default (Doc. No. 47), this motion fails to include a memorandum of legal authority as required by Local Rule 3.01(b) – a lone citation to Federal Rule of Civil Procedure 55(a) does not suffice.

As for Plaintiff's motion for default judgment (Doc. No. 48), the Court notes that it is unsigned. Doc. No. 48, at 5. The motion (Doc. No. 48) is also premature because Plaintiff has not obtained a Clerk's default. *See, e.g., Awgi, LLC v. Team*

*Smart Move, LLC*, No. 6:12-cv-948-Orl-22DAB, 2012 WL 12904224, at *1 (M.D. Fla. Sept. 28, 2012), *report and recommendation adopted*, 2012 WL 12904225 (M.D. Fla. Oct. 4, 2012) ("[T]he clerk's entry of default must precede an application for default judgment." (citation and quotation marks omitted)).

Accordingly, Plaintiff's Motion for Clerk's Default Against Defendant Walgreen Co. (Doc. No. 47) is **DENIED WITHOUT PREJUDICE.** And Plaintiff's Motion for Default Judgment Against Defendant Walgreen Co. (Doc. No. 48) is **DENIED.**

Plaintiff is reminded that *pro se* parties have a duty to comply with all applicable Court Orders, Local Rules, and Federal Rules of Civil Procedure. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

**DONE** and **ORDERED** in Orlando, Florida on September 3, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties